JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CHOI, professionally known as GHOST LOFT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARMELLA WALLACE, as Personal Representative of the Estate of JARAD HIGGINS, professionally known as JUICE WRLD; GRADE A PRODUCTIONS, LLC; INTERSCOPE RECORDS, INC.; UNIVERSAL MUSIC GROUP RECORDING, INC. a/k/a UMG RECORDINGS, INC.; BMG RIGHTS MANAGEMENT US, LLC d/b/a/ BMG PLATINUM SONGS, US; DOMINIQUE MITCHELL, professionally known as MITCH MULA; MITCH TALENT GROUP, INC.; CREATE SONGS PUBLISHING, INC. a/k/a/ CREATE MUSIC GROUP, INC.<br><br>Defendants. | Case Number: 21-cv-04447-SVW-JEM<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 27, 2021<br>Trial Date: January 18, 2022<br>PTC: January 10, 2022 |

[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

# ORDER

This stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice ~~on the express condition that this Court shall retain jurisdiction to enforce the terms of the negotiated settlement agreement~~.

**IT IS SO ORDERED.**

Dated: February 16, 2022                By: _____
                                             Judge Stephen V. Wilson
                                             United States District Court

[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

2